UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 20-CR-00418 ) |
| JAMES TIMOTHY NORMAN, | ) ) |
| Defendant. | ) |

## MOTION TO CONTINUE

COMES NOW Defendant, by and through his attorney, John P. Rogers, and respectfully requests the Arraignment, Detention Hearing and Initial Appearance scheduled on Friday, October 9, 2020 at 9:30 a.m. be continued to the court's next available date.   Undersigned counsel is available Monday, October 12th at any time.

Assistant United States Attorney Gwendolyn Eleanor Carroll has no objection to this request.

Respectfully submitted,

ROGERS SEVASTIANOS & BANTE, LLP

By: /s/   *John P. Rogers*
JOHN P. ROGERS, #38743MO
Attorney for Defendant
120 S. Central Avenue, Suite 160
Clayton, Missouri 63105
(314) 354-8484/Facsimile (314) 354-8271
Email: jrogers@rsblawfirm.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 19-CR-00412 |
| | ) |
| GRANT A. BERRY, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2020, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Gwendolyn Eleanor Carroll, assistant United States attorney.

**Motion to Continue**

ROGERS SEVASTIANOS & BANTE, LLP

By:  /s/    *John P. Rogers*
JOHN P. ROGERS, #38743MO
Attorney for Defendant
120 S. Central Avenue, Suite 160
Clayton, Missouri 63105
(314) 354-8484/Facsimile (314) 354-8271
Email: jrogers@rsblawfirm.com