### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>Plaintiff,   )<br>  )<br>v.   )<br>  )<br>JAMES TIMOTHY NORMAN (1),   )<br>TERICA TANEISHA ELLIS (2),   )<br>WAIEL REBHI YAGHNAM (3), and   )<br>TRAVELL ANTHONY HILL (4),   )<br>  )<br>Defendants.   ) | Case No. S1 4:20 CR 418 JAR/NAB |

### POST-HEARING SCHEDULING ORDER

All pretrial matters in the above-referenced case have been referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b).  On December 3, 2020, the undersigned Granted the Government's Motion for Complex Case Finding and to Continue Trial Date Beyond Limits Set by the Speedy Trial Act [Doc. 100] and finds no reason to disturb that conclusion.

On March 2, 2021, this matter came before the undersigned for an attorneys-only conference to discuss the status of discovery and the setting of a preliminary pretrial motion schedule. For the reasons stated on the record, and without objection, the undersigned sets the following deadlines.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants shall have until May 3, 2021 to file any challenges to the indictment, and the Government shall have until May 17, 2021 to respond.

**IT IS FURTHER ORDERED** that Defendants shall have until July 2, 2021 to file any pretrial motions, or notices of intent not to file pretrial motions, and the Government shall have until July 16, 2021 to respond.

_____
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 2nd day of March, 2021.