7-22-21

James Timothy Norman
Ste Genevieve Detention
5 Basler Drive
Ste Genevieve, Mo. 63670

RE: CASe Number 4:20Cr00418 Jar (NAB)

Honorable Judge Baker,

I'm writing to notify the court that the time extension request filed on my behalf in regards to my case was done without my knowledge and permission. In addition the prosecution still has not given all of the discovery it promised back in October of 2020 in your courtroom. The Discovery they have given thus far is inconsistent as far as file types. It is clear the Government is trying to make it difficult to even read it. The majority of the files are of an incompatible file format and can't be opened. I have literally received over one million pages from the government and a large percentage are useless, not to mention video clips that cannot be opened as well.

It may be improper but I'm writing so these issues may be placed on written record. I'm also requesting that the government please provide me with hard copies of my discovery. As you know I am currently in detention and have very limited Access to electronic devices to view the files in current format.

Thank You

[signature]

cc Ethan Corlija
Joseph Hogan
[illegible]

James T. Norman #74043
4175 Nara Drive
Florrisant, Mo 63033



7020 1810 0001 0013 5823

1099



63102

U.S. POSTAGE
FCM LETTER
SAINT LOUIS, M
63115
AUG 11, 21
AMOUNT
$4.15
R2303S104470-

Honorable Judge Nannette Baker
111 South 10th Street
Suite 13.156
St. Louis, MO 63102

RECEIVED
AUG 17 2021
BY MAIL

63102-112599