UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No:  4:20CR00418 JAR |
| ) | (NAB) |
| **JAMES TIMOTHY NORMAN,** ) | |
| ) | |
| Defendant. ) | |

### ORDER GRANTING DEFENDANT'S MOTION FOR A CONTACT VISIT WITH COUNSEL GLORIA RODRIGUEZ

This matter coming before the court as an uncontested, informal matter in which Defendant, James Timothy Norman, herein seeks a contact visit with his attorney, Gloria V. Rodriguez, the court being fully advised in the premises, HEREBY ORDERS:

1. Counsel Gloria V. Rodriguez is hereby allowed to have a contact visit with her client, James Timothy Norman, and is allowed to bring with her a laptop, CD-disk, files, and wifi-hot spot.

SO ORDERED.

_____
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 7th day of December, 2021.