FD-597 (Rev. 4-13-2015)

Page ___1___ of ___1___

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: __166C-SL-3200863__

On (date) __08/18/2020__

item(s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) __James Timothy Norman__

(Street Address) __213 Rampart__

(City) __Ridgeland, MS__

Description of Item(s):

(1) Defense iPhone Case
(1) Apple iPhone Gold Color

*Nothing follows*

Received By: _____(Signature)_____        Received From: _____(Signature)_____

Printed Name/Title: __Christopher Fahr__        Printed Name/Title: __James T. Norman__
Special Agent, FBI