# EXHIBIT LIST

## Style: USA v. JAMES TIMOTHY NORMAN
## Case No: 4:20-CR-00418-JAR-NAB-1

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 2 |  | 1 | 3/25/22 |  |  | Arrest warrant for James Timothy Norman | 3/25/22 |
| 3 |  | 1 | 3/25/22 |  |  | Photograph of 213 Rampart | 3/25/22 |
| 1 |  | 1 | 3/25/22 |  |  | Black and Gold IPhone seized from defendant | 3/25/22 |
| 1A |  | 1 | 3/25/22 |  |  | St. Louis Police Department evidence envelope containing Norman's phone | 3/25/22 |
| 1B |  | 1 | 3/25/22 |  |  | FBI envelope with SA Faber's writing containing Norman's phone | 3/25/22 |
| 4 |  | 1 | 3/25/22 |  |  | FBI property receipt for Norman's phone | 3/25/22 |
| 9 |  | 1 | 3/25/22 |  |  | Disc containing the full jail calls from which exhibits 7 and 8 were extracted | 3/25/22 |
| 7 |  | 1 | 3/25/22 |  |  | Excerpted clip from call on 8/24/20 from Norman to UM | 3/25/22 |
| 7A |  | 1 | 3/25/22 |  |  | Transcript of 7 | 3/25/22 |
| 5 |  | 1 | 3/25/22 |  |  | Affidavit of Madison County Jail Custodian | 3/25/22 |
| 8 |  | 1 | 3/25/22 |  |  | Excerpted clip from call on 8/24/20 from Norman to UF | 3/25/22 |
| 8A |  | 1 | 3/25/22 |  |  | Transcript of Exhibit 8 | 3/25/22 |
| 6 |  | 1 | 3/25/22 |  |  | Search Warrant for Norman's IPhone | 3/25/22 |
|  |  |  |  |  |  |  |  |