UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:20CR00418 JAR |
| ) | |
| JAMES TIMOTHY NORMAN, ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Nannette Baker (ECF No. 202). On December 23, 20221, Defendant filed a Motion to Suppress Evidence (ECF No. 183). The United States of America filed a response on January 6, 2022 (ECF No. 187). Magistrate Judge Baker recommends the Court deny the Motion to Suppress Evidence.

Pursuant to 28 U.S.C. § 636(b), these matters were referred to United States Magistrate Judge Nannette Baker, who filed a Report and Recommendation on April 15, 2022 (ECF No. 202). The Magistrate Judge recommends that the Motion to Suppress Statements (ECF No. 183) be denied. Neither party has filed objections or otherwise responded to the Report and Recommendation, and the time to do so has passed. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [202] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Motions to Suppress Statements [183] is **DENIED**.

**IT IS FURTHER ORDERED** that a Jury Trial will be scheduled by separate Order.

Dated this 24th day of May, 2022.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE