UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20-CR-00418-JAR |
| ) | |
| JAMES TIMOTHY NORMAN, ) | |
| TERICA TANEISHA ELLIS, ) | |
| WAIEL REBHI YAGHNAM, and ) | |
| TRAVELL ANTHONY HILL, ) | |
| ) | |
| Defendants. ) | |

## ORDER

**IT IS HEREBY ORDERED** that this matter is scheduled for a **Jury Trial** to commence on **Tuesday, September 6, 2022 at 9:00 a.m. in Courtroom 12 North**.

**IT IS FURTHER ORDERED** that the Court will hold a Final Pretrial Conference on **Thursday, September 1, 2022 at 1:30 p.m. in Courtroom 12 North.**

Dated this 24th day of May, 2022.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE