UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:20-CR-00418-JAR ) |
| JAMES TIMOTHY NORMAN, | ) ) |
| Defendant. | ) ) |

## ORDER

**IT IS HEREBY ORDERED** that the Government shall file a response to Defendant's Motion to Compel Production of Jencks Materials [Doc. No. 232] no later than **Friday, July 29, 2022**.

Dated this 25th day of July, 2022.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE