

ALL Text Messaging Exhibits
presented to Evidence that
we can have, please

Note 2
9/14/2022
John A. Ross