★ Pre Paid Phone Records – ALL

★ Specifully between Hill and Ellis

★ Exhibit 16

Note 3
9/15/2022
John A. Ross

☆ Evidence presented by Sebastian Freund & Andrew Wood.

Note 4
9/15/2022
John A. Ross

May we have all of Tim Norman's phone records?

All Phones

Note 5
9/15/2022
John A. Ross

☆ All evidence submitted during Deryl Howard's testimony, please ☆

Note 6
9/15/2022
John A. Ross

Instruction NO. 22

There is no mention of Deryl Howard (DJ Beatz) cooperation agreement with the U.S. Is there a reason for this? Should we consider this cooperation agreement when weighing his testimony?

Note 7
9/15/2022
John A. Ross



We would like further clarification on the difference between

"Conspiracy to commit murder for hire"
vs.
"Crime of murder for hire"

Note 8,
9/15/2022
John A. Ross