Can we get Tim Normans flight records from the dates 3/14 - 3/15

Note 9
9/16/2022
John A. Ross