# EXHIBIT LIST

# Style: USA v James Timothy Norman
# Case No: 4:20cr418 JAR

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 39 | | 1 | 9/6/22 | NO | - | Andre Montgomery picture | 9/6/22 |
| 62 | | 1 | 9/6/22 | NO | - | Andrew Montgomery autopsy photo | 9/6/22 |
| 5 | | 2 | 9/6/22 | NO | - | Verizon Records 314-502-7892 - Andre Montgomery | 9/6/22 |
| 6 | | 2 | 9/6/22 | NO | - | AT&T Records 209-822-0081 – Norman | 9/6/22 |
| 6A | | 2 | 9/6/22 | NO | - | Subscriber Information 209-822-0081 | 9/6/22 |
| 7 | | 2 | 9/6/22 | NO | - | AT&T Records 314-607-8132 – Norman | 9/6/22 |
| 7A | | 2 | 9/6/22 | NO | - | Subscriber Information 314-607-8132 | 9/6/22 |
| 8A | | 2 | 9/6/22 | NO | - | AT&T Records 573-263-6102 - 2/1/2016 to 5/1/2016 - Norman | 9/6/22 |
| 8B | | 2 | 9/6/22 | NO | - | AT&T Subscriber 573-263-6102 Information – Norman | 9/6/22 |
| 8C | | 2 | 9/6/22 | NO | - | AT&T Records 573-263-6102 - 2/1/2016 to 4/30/2016 - Norman | 9/6/22 |
| 9 | | 2 | 9/6/22 | NO | - | AT&T Records 314-609-4415 – Ellis | 9/6/22 |
| 9A | | 2 | 9/6/22 | NO | - | Subscriber Information 314-609-4415 | 9/6/22 |
| 10 | | 2 | 9/6/22 | NO | - | AT&T Records 314-570-4696 - Robbie Montgomery | 9/6/22 |
| 11 | | 2 | 9/6/22 | NO | - | AT&T Records 314-714-0616 - Chris Carroll | 9/6/22 |

# EXHIBIT LIST

# Style: USA v James Timothy Norman
# Case No: 4:20cr418 JAR

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 12 | | 2 | 9/6/22 | NO | - | AT&T Records 314-606-6960 - Waiel Yaghnam | 9/6/22 |
| 13 | | 2 | 9/6/22 | NO | - | AT&T Records 901-691-3277 - Sonya Davis | 9/6/22 |
| 13A | | 2 | 9/6/22 | NO | - | Subscriber Information 901-691-3277 | 9/6/22 |
| 14 | | 2 | 9/6/22 | NO | - | AT&T Subscriber 314-824-8970 Information - Norman | 9/6/22 |
| 15 | | 2 | 9/6/22 | NO | - | Tracfone Records | 9/6/22 |
| 15A | | 2 | 9/6/22 | NO | - | Subscriber & Point of Purchase Information Tracfone | 9/6/22 |
| 17A | | 2, 26 | 9/6/22 | NO | - | The Independent Order of Foresters Application | 9/6/22 |
| 17B | | 2, 10, 26 | 9/6/22 | NO | - | The Independent Order of Foresters Claims Info | 9/6/22 |
| 17C | | 2, 10 | 9/6/22 | NO | - | Call to Foresters Claim Department 3/18/2016 | 9/6/22 |
| 17D | | 2, 10 | 9/6/22 | NO | - | Call to Foresters Claim Department 3/21/2016 | 9/6/22 |
| 17E | | 2, 10 | 9/6/22 | NO | - | Call to Foresters Claim Department by Seun Adeyemi | 9/6/22 |
| 17F | | 2 | 9/6/22 | NO | - | Call to Foresters Claim Department by Seun Adeyemi | 9/6/22 |
| 18 | | 2, 4, 26 | 9/6/22 | NO | - | Royal Neighbors of America Records | 9/6/22 |
| 19 | | 2, 3, 26 | 9/6/22 | NO | - | United of Omaha Records | 9/6/22 |

# EXHIBIT LIST

## Style: USA v James Timothy Norman
## Case No: 4:20cr418 JAR

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 20 | | 2, 26 | 9/6/22 | NO | - | Liberty Bankers Life Insurance Company Records | 9/6/22 |
| 21 | | 2, 5 | 9/6/22 | NO | - | Americo Financial Life and Annuity Insurance Co. Records | 9/6/22 |
| 22 | | 2 | 9/6/22 | NO | - | Dime Brokers LLC Corporate Records | 9/6/22 |
| 23 | | 2 | 9/6/22 | NO | - | US Bank Acct -6645 Records - Norman | 9/6/22 |
| 24 | | 2 | 9/6/22 | NO | - | US Bank Acct -7746 Records - Norman | 9/6/22 |
| 25 | | 2 | 9/6/22 | NO | - | City National Bank - Pilgrim Operations Accounts | 9/6/22 |
| 26 | | 2, 11 | 9/6/22 | NO | - | First Horizon Bank Records - Ellis | 9/6/22 |
| 27 | | 2 | 9/6/22 | NO | - | djbeatz27@gmail.com Certified Google Records | 9/6/22 |
| 27A | | 2 | 9/6/22 | NO | - | djbeatz27@gmail.com Google Records Excerpt | 9/6/22 |
| 27B | | 2, 12, 13 | 9/6/22 | NO | - | Photo of Cash | 9/6/22 |
| 28 | | 2 | 9/6/22 | NO | - | quiloco89@gmail.com Certified Google Records | 9/6/22 |
| 28A | | 2 | 9/6/22 | NO | - | quiloco89@gmail.com Google Records Excerpt | 9/6/22 |
| 28B | | 2, 12 | 9/6/22 | NO | - | Photo of Cash on table | 9/6/22 |
| 28C | | 2, 12 | 9/6/22 | NO | - | Photo of Cash in hand | 9/6/22 |

# EXHIBIT LIST

# Style: USA v James Timothy Norman
# Case No: 4:20cr418 JAR

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 28D | | 2 | 9/6/22 | NO | - | Photo of Travell Hill at Airport | 9/6/22 |
| 28E | | 2 | 9/6/22 | NO | - | Photo of DreMontgomery Instagram Screenshot | 9/6/22 |
| 29 | | 2, 11, 26 | 9/6/22 | NO | - | Terica Ellis Facebook Excerpts | 9/6/22 |
| 30A | | 2 | 9/6/22 | NO | - | American Airline Records relating to Norman | 9/6/22 |
| 30B | | 2 | 9/6/22 | NO | - | American Airline Records relating to Hill | 9/6/22 |
| 30C | | 2 | 9/6/22 | NO | - | American Airline Records relating to 2015-06-28 Flight | 9/6/22 |
| 31A | | 2 | 9/6/22 | NO | - | Delta Airlines - 3/14/16 Flight 1682 Delay | 9/6/22 |
| 31B | | 2 | 9/6/22 | NO | - | Delta Airlines - 11/2/20 Certification | 9/6/22 |
| 31D | | 2 | 9/6/22 | NO | - | Delta Airlines – Records relating to James Norman | 9/6/22 |
| 32A | | 2 | 9/6/22 | NO | - | Southwest Airlines - Records relating to Andre Montgomery | 9/6/22 |
| 32B | | 2 | 9/6/22 | NO | - | Southwest Airlines - Records relating to Hill, Whitfield, Howard, Taylor | 9/6/22 |
| 32C | | 2 | 9/6/22 | NO | - | Southwest Airlines – Records relating to Ellis, Boothe, Davis | 9/6/22 |
| 33B | | 2 | 9/6/22 | NO | - | Priceline.com LLC Certification | 9/6/22 |
| 33D | | 2 | 9/6/22 | NO | - | Priceline.com LLC Response 1/29/20 | 9/6/22 |

# EXHIBIT LIST

# Style: USA v James Timothy Norman
# Case No: 4:20cr418 JAR

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 33F | | 2 | 9/6/22 | NO | - | Priceline.com LLC Response 1/31/20 | 9/6/22 |
| 53A | | 2, 7 | 9/6/22 | NO | - | 911 Calls - Certification | 9/6/22 |
| 53B | | 2, 7 | 9/6/22 | NO | - | 911 Call 1 | 9/6/22 |
| 53C | | 2, 7 | 9/6/22 | NO | - | 911 Call 2 | 9/6/22 |
| 63 | | 2 | 9/6/22 | NO | - | Death Certificate Ordering Records | 9/6/22 |
| 64 | | 2 | 9/6/22 | NO | - | Barnes Jewish Records - Andre Montgomery | 9/6/22 |
| 65 | | 2 | 9/6/22 | NO | - | People's Family of Corporations Records | 9/6/22 |
| 66 | | 2 | 9/6/22 | NO | - | Westlake Housing Authority Records | 9/6/22 |
| 68 | | 2 | 9/6/22 | NO | - | Potential Madison County, MS Jail Calls | 9/6/22 |
| 69 | | 2 | 9/6/22 | NO | - | Potential Ste Genevieve, MO Jail Calls | 9/6/22 |
| 80 | | 2 | 9/6/22 | NO | - | AT&T Records Acct#383294255 - Norman | 9/6/22 |
| 83 | | 2 26 | 9/6/22 9/13/22 | NO YES | - O/R | Norman Prudential Life Insurance Application | 9/6/22 9/13/22 |
| 2A | | 2 | 9/6/22 | NO | - | Norman's Apple Phone Exterior photo | 9/6/22 |
| 2B | | 2 | 9/6/22 | NO | - | Norman's Phone Home Screen photo | 9/6/22 |

# EXHIBIT LIST

# Style: USA v James Timothy Norman
# Case No: 4:20cr418 JAR

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 2C | | 2 | 9/6/22 | NO | - | Phone 209-822-0081 Registered User Screen photo | 9/6/22 |
| 2D | | 2 | 9/6/22 | NO | - | James Norman Apple ID Screen photo | 9/6/22 |
| 2E | | 2, 18, 26 | 9/6/22 | NO | - | Text Messages between Norman and Big Ed | 9/6/22 |
| 2F | | 2 | 9/6/22 | NO | - | Text Messages between Norman and Chris 2 | 9/6/22 |
| 2H | | 2, 11 | 9/6/22 | NO | - | Text Messages between Norman and Ellis - 5151 | 9/6/22 |
| 2J | | 2 | 9/6/22 | NO | - | Text Messages between Norman and Hill - 5999 | 9/6/22 |
| 2L | | 2 | 9/6/22 | NO | - | Text Messages between Norman and Memphis Lexi | 9/6/22 |
| 2M | | 2 | 9/6/22 | NO | - | Image of Western Union Receipt to Terica Ellis | 9/6/22 |
| 2N | | 2, 12 | 9/6/22 | NO | - | Text Messages between Norman and Travell Nephew -2501 | 9/6/22 |
| 2O | | 2, 26 | 9/6/22 | NO | - | Text Messages between Norman and Wally New 2014 | 9/6/22 |
| 2P | | 2, 26 | 9/6/22 | NO | - | Text Messages between Norman and Wally New 2015 | 9/6/22 |
| 2R | | 2 | 9/6/22 | NO | - | Text Messages between Norman and Crenshaw | 9/6/22 |
| 2S | | 2, 12 | 9/6/22 | NO | - | Norman Phone Contact 314-665-5999 number | 9/6/22 |
| 2T | | 2, 13 | 9/6/22 | NO | - | Norman Phone DJ Contact Page | 9/6/22 |

# EXHIBIT LIST

# Style: USA v James Timothy Norman
# Case No: 4:20cr418 JAR

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 4A |  | 2 | 9/6/22 | NO | - | Montgomery Phone Home Screen photo | 9/6/22 |
| 4B |  | 2 | 9/6/22 | NO | - | Montgomery Phone About Screen photo | 9/6/22 |
| 4C |  | 2 | 9/6/22 | NO | - | Montgomery Phone Account Screen photo | 9/6/22 |
| 4D |  | 2, 11 | 9/6/22 | NO | - | Text Messages between Montgomery and Ellis-5151 March 6-12, 2016 | 9/6/22 |
| 4E |  | 2, 11 | 9/6/22 | NO | - | Text Messages between Montgomery and Alexusdagreat | 9/6/22 |
| 4F |  | 2 | 9/6/22 | NO | - | Text Messages between Montgomery and tericaellis@gmail.com | 9/6/22 |
| 4G |  | 2 | 9/6/22 | NO | - | Text Messages between Montgomery and Grandma | 9/6/22 |
| 4H |  | 2, 11 | 9/6/22 | NO | - | AlexusDaGreat Contact Screen photo | 9/6/22 |
| 4I |  | 2 | 9/6/22 | NO | - | AlexusDaGreat Call Logs | 9/6/22 |
| 4J |  | 2 | 9/6/22 | NO | - | Andre Montgomery Phone – Final Call | 9/6/22 |
| 4K |  | 2, 11 | 9/6/22 | NO | - | Text Messages between Montgomery and Ellis-5151 March 14, 2016 | 9/6/22 |
| 1 |  | 2 | 9/6/22 | NO | - | Cell phone | 9/6/22 |
| 3 |  | 2 | 9/6/22 | NO | - | Cell phone | 9/6/22 |
|  | A | 2 | 9/7/22 | NO | - | Text messages | 9/7/22 |

# EXHIBIT LIST

# Style: USA v James Timothy Norman
# Case No: 4:20cr418 JAR

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
|  | B | 2 | 9/7/22 | NO | - | Screen shots of text messages | 9/7/22 |
| 55A |  | 7,11,12 | 9/7/22 | NO | - | Set 2 - IMG_0002.JPG | 9/7/22 |
| 55B |  | 7 | 9/7/22 | NO | - | Set 4 - IMG_0004.JPG | 9/7/22 |
| 55C |  | 7 | 9/7/22 | NO | - | Set 6 - IMG_0006.JPG | 9/7/22 |
| 55D |  | 7 | 9/7/22 | NO | - | Set 7 - IMG_0007.JPG | 9/7/22 |
| 55E |  | 7 | 9/7/22 | NO | - | Set 8 - IMG_0008.JPG | 9/7/22 |
| 55F |  | 7 | 9/7/22 | NO | - | Set 10 - IMG_0010.JPG | 9/7/22 |
| 55G |  | 7, 12 | 9/7/22 | NO | - | Set 11 - IMG_0011.JPG | 9/7/22 |
| 55H |  | 7 | 9/7/22 | NO | - | Set 13 - IMG_0013.JPG | 9/7/22 |
| 55I |  | 7 | 9/7/22 | NO | - | Set 22 - IMG_0022.JPG | 9/7/22 |
| 55J |  | 7 | 9/7/22 | NO | - | Set 23 - IMG_0023.JPG | 9/7/22 |
| 55K |  | 7 | 9/7/22 | NO | - | Set 24 - IMG_0024.JPG | 9/7/22 |
| 55L |  | 7 | 9/7/22 | NO | - | Set 25 - IMG_0025.JPG | 9/7/22 |
| 55M |  | 7 | 9/7/22 | NO | - | Set 26 - IMG_0026.JPG | 9/7/22 |

# EXHIBIT LIST

# Style: USA v James Timothy Norman
# Case No: 4:20cr418 JAR

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 55N |  | 7 | 9/7/22 | NO | - | Set 27 - IMG 0027.JPG | 9/7/22 |
| 55O |  | 7 | 9/7/22 | NO | - | Set 28 - IMG 0028.JPG | 9/7/22 |
| 55P |  | 7 | 9/7/22 | NO | - | Set 29 - IMG 0029.JPG | 9/7/22 |
| 55Q |  | 7 | 9/7/22 | NO | - | Set 30 - IMG_0030.JPG | 9/7/22 |
| 55R |  | 7 | 9/7/22 | NO | - | Set 32 - IMG_0032.JPG | 9/7/22 |
| 55S |  | 7 | 9/7/22 | NO | - | Set 35 - IMG_0035.JPG | 9/7/22 |
| 55T |  | 7 | 9/7/22 | NO | - | Set 41 - IMG_0041.JPG | 9/7/22 |
| 55U |  | 7 | 9/7/22 | NO | - | Set 42 - IMG_0042.JPG | 9/7/22 |
| 55V |  | 7 | 9/7/22 | NO | - | Set 43 - IMG_0043.JPG | 9/7/22 |
| 55W |  | 7 | 9/7/22 | NO | - | Set 44 - IMG_0044.JPG | 9/7/22 |
| 55X |  | 7 | 9/7/22 | NO | - | Set 46 - IMG_0046.JPG | 9/7/22 |
| 55Y |  | 7 | 9/7/22 | NO | - | Set 48 - IMG_0048.JPG | 9/7/22 |
| 55Z |  | 7 | 9/7/22 | NO | - | Set 49 - IMG_0049.JPG | 9/7/22 |
| 55AA |  | 7 | 9/7/22 | NO | - | Set 50 - IMG_0050.JPG | 9/7/22 |

# EXHIBIT LIST

# Style: USA v James Timothy Norman
# Case No: 4:20cr418 JAR

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 55BB |  | 7 | 9/7/22 | NO | - | Set 51 - IMG_0051.JPG | 9/7/22 |
| 55CC |  | 7 | 9/7/22 | NO | - | Set 52 - IMG_0052.JPG | 9/7/22 |
| 55DD |  | 7 | 9/7/22 | NO | - | Set 53 - IMG_0053.JPG | 9/7/22 |
| 55EE |  | 7 | 9/7/22 | NO | - | Set 54 - IMG_0054.JPG | 9/7/22 |
| 55FF |  | 7 | 9/7/22 | NO | - | Set 55 - IMG_0055.JPG | 9/7/22 |
| 55GG |  | 7 | 9/7/22 | NO | - | Set 56 - IMG_0056.JPG | 9/7/22 |
| 55HH |  | 7 | 9/7/22 | NO | - | Set 60 - IMG_0060.JPG | 9/7/22 |
| 55II |  | 7 | 9/7/22 | NO | - | Set 61 - IMG_0061.JPG | 9/7/22 |
| 55JJ |  | 7 | 9/7/22 | NO | - | Set 62 - IMG_0062.JPG | 9/7/22 |
| 55KK |  | 7 | 9/7/22 | NO | - | Set 63 - IMG_0063.JPG | 9/7/22 |
| 55LL |  | 7 | 9/7/22 | NO | - | Set 68 - IMG_0068.JPG | 9/7/22 |
| 55MM |  | 7 | 9/7/22 | NO | - | Set 69 - IMG_0069.JPG | 9/7/22 |
| 55NN |  | 7 | 9/7/22 | NO | - | Set 70 - IMG_0070.JPG | 9/7/22 |
| 55OO |  | 7 | 9/7/22 | NO | - | Set 72 - IMG_0072.JPG | 9/7/22 |

# EXHIBIT LIST

# Style: USA v James Timothy Norman
# Case No: 4:20cr418 JAR

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 55PP |  | 7 | 9/7/22 | NO | - | Set 73 - IMG_0073.JPG | 9/7/22 |
| 55QQ |  | 7 | 9/7/22 | NO | - | Set 74 - IMG_0074.JPG | 9/7/22 |
| 55RR |  | 7 | 9/7/22 | NO | - | Set 75 - IMG_0075.JPG | 9/7/22 |
| 55SS |  | 7 | 9/7/22 | NO | - | Set 77 - IMG_0077.JPG | 9/7/22 |
| 55TT |  | 7 | 9/7/22 | NO | - | Set 78 - IMG_0078.JPG | 9/7/22 |
| 55UU |  | 7 | 9/7/22 | NO | - | Set 81 - IMG_0081.JPG | 9/7/22 |
| 55VV |  | 7 | 9/7/22 | NO | - | Set 82 - IMG_0082.JPG | 9/7/22 |
| 55WW |  | 7 | 9/7/22 | NO | - | Set 83 - IMG_0083.JPG | 9/7/22 |
| 55XX |  | 7 | 9/7/22 | NO | - | Set 84 - IMG_0084.JPG | 9/7/22 |
| 55YY |  | 7 | 9/7/22 | NO | - | Set 87 - IMG_0087.JPG | 9/7/22 |
| 54 |  | 7 | 9/7/22 | NO | - | ETU Diagram | 9/7/22 |
| 60A |  | 7 | 9/7/22 | NO | - | PMC .380 Auto Shell Casing from Right Side Front Porch 1 - PHYSICAL | 9/7/22 |
| 60B |  | 7 | 9/7/22 | NO | - | PMC .380 Auto Shell Casing from Right Side Front Porch 2 - PHYSICAL | 9/7/22 |
| 60F |  | 7 | 9/7/22 | NO | - | PMC .380 Auto Shell Casing from West Gangway Outside House - PHYSICAL | 9/7/22 |

# EXHIBIT LIST

# Style: USA v James Timothy Norman
# Case No: 4:20cr418 JAR

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 60C | | 7 | 9/7/22 | NO | | Bullet from Under Dining Room Table - PHYSICAL | 9/7/22 |
| 60D | | 7 | 9/7/22 | NO | - | Winchester 357 SIG Shell Casing from Dining Room South Edge Wall - PHYSICAL | 9/7/22 |
| 60E | | 7 | 9/7/22 | NO | - | Winchester 357 SIG Shell Casing from Floor of Hallway South of Dining Room - PHYSICAL | 9/7/22 |
| 56 | | 7 | 9/7/22 | NO | - | Smith & Wesson 9mm Handgun s/n FXD2384 -PHYSICAL | 9/7/22 |
| 57 | | 8 | 9/7/22 | NO | - | Glock 32-.357 handgun s/n PTT950 - PHYSICAL | 9/7/22 |
| | C | 7 | 9/7/22 | - | - | Lab report | - |
| 61 | | - | - | NO | - | Jane Turner Stipulation | 9/7/22 |
| 60H | | 9 | 9/7/22 | NO | - | Bullet recovered from body 2- PHYSICAL | 9/7/22 |
| 60G | | 9 | 9/7/22 | NO | - | Bullet recovered from body 1- PHYSICAL | 9/7/22 |
| 59 | | 9 | 9/7/22 | - | - | Smith & Wesson .38 revolver s/n CPX6367 -PHYSICAL | - |
| 17C1 | | 10 | 9/8/22 | - | - | Transcript of 3/18/2016 Call | - |
| 17D1 | | 10 | 9/8/22 | - | - | Transcript of 3/21/2016 Call | - |
| 17E1 | | 10 | 9/8/22 | - | - | Transcript of Adeyemi Call | - |
| 42 | | 11, 13 | 9/8/22 | NO | - | Chase Park Plaza Photo | 9/8/22 |

# EXHIBIT LIST

# Style: USA v James Timothy Norman
# Case No: 4:20cr418 JAR

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 44 | | 11 | 9/8/22 | NO | - | LaQuinta Photo | 9/8/22 |
| 43 | | 11 | 9/8/22 | NO | - | Walgreens Central West End Photo | 9/8/22 |
| 52 | | 11 | 9/8/22 | NO | - | Hot N Juicy Crawfish Photo | 9/8/22 |
| 75 | | 12 | 9/8/22 | - | - | Travell Hill Proffer letter | - |
| 81 | | 12 | 9/8/22 | NO | - | Chris Carroll Photo | 9/8/22 |
| 37 | | 12 | 9/8/22 | NO | - | Javon Campbell Photo | 9/8/22 |
| 74 | | 13 | 9/8/22 | - | - | Derryl Howard Proffer Letter | - |
| 36 | | 13 | 9/8/22 | NO | - | Travell Hill Photo | 9/8/22 |
| 2Q | | 14, 26 | 9/8/22 | NO | - | Text Messages between Norman and Seun Lawyer Houston-Redacted | 9/8/22 |
| 67 | | 15, 26 | 9/8/22 | YES | O/R | Agent Appelbaum SUMMARY (Demonstrative) | - |
| 16 | | 16 | 9/9/22 | YES | O/R | FBI CAST Report (Demonstrative) | - |
| 79 | | 17 | 9/9/22 | NO | - | Andre Montgomery DMV Records | 9/9/22 |
| 71 | | 17 | 9/9/22 | YES | O/R | Agent Wood SUMMARY (Demonstrative) | - |
| | E | 20 | 9/12/22 | NO | - | Picture of Vatterott College | 9/12/22 |

# EXHIBIT LIST

## Style: USA v James Timothy Norman
## Case No: 4:20cr418 JAR

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| | F | 20, 26 | 9/12/22 9/13/22 | - YES | - Sust. | Text messages from Nappa and Norman | - |
| | F | 26 | 9/13/22 | NO | - | Single text message from Norman to Nappa | 9/13/22 |
| | B | 26 | 9/13/22 | YES | Sust. | Cellebrite extraction data | - |