THE EXHIBITS THAT YOU HAVE REQUESTED ARE BEING PROVIDED TO YOU. THE OTHER ITEMS YOU HAVE REQUESTED WERE USED FOR DEMONSTRATIVE PURPOSES AND NOT ADMITTED INTO EVIDENCE. THEREFORE, THEY ARE NOT AVAILABLE TO YOU.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

WE ARE PROVIDING YOU WITH ALL OF DEFENDANT TIM NORMAN'S PHONE RECORDS THAT HAVE BEEN ADMITTED INTO EVIDENCE.

*John A. Ross*
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

You are to be guided by the instructions of law as given by the Court.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

You are to be guided by your recollection of the evidence and the instructions of law as given by the Court.

*(signature)*
_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

ITEMS YOU HAVE REQUESTED THAT WERE ADMITTED INTO EVIDENCE WILL BE PROVIDED TO YOU. EXHIBIT 16 IS A DEMONSTRATIVE EXHIBIT THAT WAS NOT ADMITTED INTO EVIDENCE.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

THE ITEMS YOU HAVE REQUESTED WERE DEMONSTRATIVE AND NOT ADMITTED INTO EVIDENCE. YOU SHOULD RELY ON YOUR RECOLLECTION OF THE TESTIMONY.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE