## RE: Hi Lisa!

Lisa Paczkowski <Lisa_Paczkowski@moed.uscourts.gov>

Fri 9/9/2022 3:46 PM

To: Gloria Rodriguez <gloria@glorialaw.com>

Unfortunately not, the Judge has stated there will be no transcript produced during the trial.

**From:** Gloria Rodriguez <gloria@glorialaw.com>
**Sent:** Friday, September 9, 2022 3:13 PM
**To:** Lisa Paczkowski <Lisa_Paczkowski@moed.uscourts.gov>
**Subject:** Re: Hi Lisa!

**CAUTION - EXTERNAL:**

Hi Lisa,

You can still do the one below right? 🙄

Gloria

Gloria V. Rodriguez

Attorney At Law

gloria@glorialaw.com

---------------------------------------

The Gloria Law Group

(847) 672 - 8888 Office

(312) 277 - 3384  Fax

www.glorialaw.com


Please note we meet by appointment only at both offices.


*(Mailing Address/Waukegan Office)*

9 N County Lane

Suite 202

Waukegan, IL 60085-8104