## RE: Transcript request (Tim Norman) *urgent*

Lisa Paczkowski <Lisa_Paczkowski@moed.uscourts.gov>
Mon 12/12/2022 10:48 AM
To:

- Gloria Rodriguez <gloria@gloriaslaw.com>

Cc:

- Michael Leonard <mleonard@leonardtriallawyers.com>;
- Charles Bussey <clblra64@gmail.com>;
- Moni M <monique7209@yahoo.com>

Good morning, Gloria,

I had sent an email previous to this.

I had let you know that I have transcripts due this week on cases that are on appeal , and these deadlines and directives have been set by the Court of Appeals.

I realize this case is certainly important  -- but while very important, it is not yet on appeal.

The next trial volume I work on will be the one you've requested with the final defense witnesses.

Thank you.