-------- Original message --------
From: Lisa Paczkowski <Lisa_Paczkowski@moed.uscourts.gov>
Date: 10/25/22 1:09 PM (GMT-06:00)
To: Gloria Rodriguez <gloria@gloriaslaw.com>
Subject: RE: Tim Norman transcript request

Hi Gloria – my apologies for the delay.  The whole trial is estimated at around 1650 pages.  An estimated cost for the transcript is $6,022.50.

I noticed that Mr. Norman's sentencing date has been moved to March.
As I mentioned previously, once I get a volume or two of the trial completed, I will give you the amount due, invoice, and then email you the transcript.  This way I can give you rolling transcripts as they are completed.

So an estimate for the family, the whole trial transcript is estimated at around 1650 pages.

I almost have the pretrial completed, and when I complete another volume of the trial day, I will get back to you.

Thank you.