# *ROBBIE MONTGOMERY*

### *1516 FOUNTAINHEAD LANE*
### *SAINT LOUIS MISSOURI 63138*

February 19, 2023

Hon. John A. Ross
District Judge
Thomas F. Eagleton U.S. Courthouse
Courtroom: 12 North
111 South 10th Street
St. Louis, MO 63102

Dear Judge Ross;

My name is Robbie Montgomery.  I am the mother of James Timothy Norman, an inmate who is coming before you for sentencing in a few days.  I am writing to you to ask for mercy for my son.  As a mother I am devastated that my son has been accused and convicted of the crimes.  But I am pleading to God through you for mercy.  Tim is my only living son.  I lost my other son to violence in the streets of Los Angeles when Tim was only 15 years old.

I don't know whether Tim did what he was accused and convicted of, he is still the baby that I bore, and I love him as every mother involved loves their child.  When your child is in trouble that's when they need you.  As a parent, I'm sure you know the feeling.  The man that was presented to the jury and you at trial is not the man I know.  I do not make this statement blind to all the faults that we as humans have and that Tim has.  But the long term scheming and plotting that was outlined at trial is not the man I have known. My statement is not the unthoughtful plea of a mother in love with her son , which I do.  Over the years, I have watched all the people that Tim has helped and encouraged me to help. I have watched him help ex-offenders, friends and relatives trying to give them a hand up and volunteering with numerous community groups providing food and service when there has been a need.

I do not have Solomon like wisdom to answer the question that must be answered in sentencing.  I do know how complex the burden of carrying grief, loss of losing a first son, a grandson and on the verging of losing my last son.  This is more than a mother should have to carry into the sunset of her life. I pray that you will find a way in performing your sentencing responsibility to allow a small light of hope to Tim and me in going through these remaining years to find hope for redemption.  I love all my children and grandchildren equally and have suffered with them in facing all their obstacles.  This has been the hardest.

I know that the man portrayed to you is not the man inside him.  I am praying that your decision will leave an opportunity for that light in him to shine through. Thank you for your consideration and understanding of mother and grandmother's love.

 Respectfully,


Robbie Montgomery


cc. Gloria Rodriguez, Esq.