Hello,
My name is Charelle Smith and my bestfriend was Andre Montgomery. Andre wasn't just my bestfriend but he was my sons Godfather. I'm writing you today because I've sat back and basically watched how everyone has gotten a slap on their wrist and a date to be released…meanwhile Andre is laying in a grave because his "UNCLE" and his minions planned his death date! Andre was one of the sweetest people I've ever met in my life…he came in my life during the toughest times and I've always told him that he was a angel because he took on the responsibility to help me with my son & I gave him the title of GodFather and he NEVER took the father part lightly. First day of preschool, birthdays and holidays Andre was calling at 12am lol….if I went a long time without bringing my son to see him he would call and say he was taking me to court for custody because I was taking away his rights as a father lol…that's what type of person he was. Andre will never get the chance to become a real father, he will never get the chance to fight for his children because someone played God and planned his ending. Me and my son aren't the only ones who's lost someone. His mother lost her son, his siblings lost their brother and etc. I could go on and on about the impact that Dre had on everyone but we'd be here all day and what we are missing with him being gone but instead I'm writing this letter to BEG to sentence Tim with Life in prison with NO CHANCE of getting out, with NO CHANCE of taking someone else's life, with NO CHANCE of stepping back in his kids life just to selfishly walk away for GREED! Please don't let Dre's life be equal to a sentence that could possibly put a monster back on the street but a sentence that will sit the monster down to not have a good life to live because Andre can't!
Attached is the last day my son spent with Andre…a day of fun and love!

