Your honor...
I'm Andre Aunt.
I am not sure how to truly express myself this time around being we are now dealing with Andre family sentencing...smh...the key word Family...
Family to me stands for Family Always Means I Love You...no matter what or how we may feel towards one another...we are too love and be there for one another...yes we'll have our differences, but that's family...most ppls hve some sort of conflict within their family, but in the end we'll mke it right...not take their life...or planning to take their life...in this case.
Andre, nvr had an opportunity to see, be, or laugh with his Dad. He didn't get to play ball, tell jokes, or give each other a hard time with his Dad. In all n all he didn't have the chance to love his Dad or be loved by his Dad...since his Dad died b4 his birth...but he did have a chance...a chance with his Uncle... his Dad's brother...a chance to hve an opportunity to do some of those things with his Uncle...I mean he came to live with his grandmother and graduated from high school...that showed Andre wanted to know his Dad's side of the family. It wld of gave his Uncle a chance to step in, but it didn't happened...Y...because the Uncle seemed to have a harden heart against my Nephew... Y? There may be many reasons...but from what my Nephew said Tim just didn't like him...and others hve felt the same...but is that a reason to hve a family member life taken. Well...from what I gathered, money seemed to be one of the reasons...possibly inheritance, possibly the business Andre's grandmother had/owned...which probably if Andre was still living it might wld of been divided the two...we are not aware of any such thing, but when you see, read & become aware of an insurance policy...that speaks for itself as to one of the reason the master minded/the planner set my Nephew up to be killed...Tim & his mother hadn't to long settle whatever difference they had when he opened a business under her business name w/o her permission.
He was living n a different state & he cld of continued building and excelling for your own Son...but you didn't...what was it...about my Nephew that you chose not to love him as family member...but to planned his death...
I told my Nephew not to return back to Missouri, but when I heard he went back to St. Louis after some months...which by then the one who planned him to be killed had moved out of state...I wasn't aware of that at the time...but when I heard Andre was n Mo...
I called Andre asked Y did you go back...he said to me & no this isn't hearsay...he said I need to prove to my grandmother I didn't rob her...Aunt Sandra...I needed her to know I wouldn't do that to her. I love her after she took me in...nah I needed to prove to her & I know you told me not to come back, but guess what I passed the lie detector test and I went and showed to her and she was happy for me and thank me!!! I said I'm happy that that's cleared, but you need to head back to Texas...he said nah its cool my "Uncle Tim" is in California...so it's cool...Andre & I talked about other stuff, but he had dreams...he had goals...but he didn't hve a Uncle who seen him as a Nephew...but seen him bn off this earth...getting paid from insurance and all the inheritance possibly going to him & him only....smh...if we all look at this...Tim not only had my Nephew murdered...there were two other young lives has bn taken...especially the shooter...yes they made their choice, but they might still be out doing whatever...if Tim hadn't imvolved them...
As I said family do hve their difference, but to take one's life is not part of family rule...so here in this courtroom are 2 families representing...and both sides shld have Andre on their heart because he's part of both families and it's just sad that we are here today...Y...why are we here today...because one failed to know the meaning of Family as I stated n the beginning: I'll repeat...
Family Always Means I Love You...but since he didn't love his Nephew...I'm closing... I'm expecting...not just only for my Sister's Son & Andre's Siblings...not only for me & my Siblings Nephew...but i'm expecting for Tim having his Nephew,  his mother's grandson killed for greed...money & possibly inheritance...I'm expecting the highest maximum penalty to be given to him...there's so much more Tim

cld be doing with his life right now instead of focusing his hatred toward my Nephew and how to take his life...but he made his choice as the other 2 did...forgetting what Family means..F A M I L Y...
Thank you for this opportunity to share my heart with the court.
Andre's Aunt Sandra