UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20-CR-00418-JAR |
| | ) | |
| JAMES TIMOTHY NORMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT NORMAN'S EMERGENCY MOTION TO CONTINUE SENTENCING (DOC. #506)**

COMES NOW the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Angie E. Danis and Gwendolyn Carroll, Assistant United States Attorney for said District, and files its Response in Opposition to Defendant's Emergency Motion to Continue Sentencing (Doc. #506).

The Government categorically denies all allegations set forth in Defendant's Emergency Motion to Continue (hereinafter "Motion") and requests this Court deny all forms of relief requested by Defendant therein and notes that it is belied by the record in this case.

As set forth in the Government's Response to Court Regarding the Appearance of Waiel Yaghnam (Doc. #359), on September 9, 2022, at the direction of this Court, the Government contacted counsel for co-defendant Waiel Yaghnam by telephone and informed him that the Court had ordered Yaghnam to appear on Monday, September 12, 2022. Counsel for Yaghnam then responded by way of writing, attached again hereto as <u>Exhibit 1</u>, that his client would assert his privilege against self-incrimination and refuse to testify. Defendant fails to offer any credible

1

evidence to support their argument.  Counsel's Motion merely serves as a delay mechanism and smear tactic to besmirch the reputation of the Government, who sought hold Norman accountable for the murder of Andre Montgomery.

WHEREFORE, the Government requests that this Court enter an order denying all relief sought in Defendant's Motion, and that it proceed with the scheduled sentencing in this matter.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ Angie E. Danis*
ANGIE E. DANIS, #64805MO
GWENDOLYN CARROLL, #4657003NY
Assistant United States Attorneys
Eastern District of Missouri
Angie.Danis@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of March, 2023, I filed a true and correct copy of the foregoing electronically with the Clerk of the Court, to be served by way of the Court's electronic filing system upon the attorneys for the defendant.

*/s/ Angie E. Danis*
ANGIE E. DANIS, #64805MO
Assistant United States Attorney