

# BRUNTRAGER & BILLINGS P.C.
## ATTORNEYS AT LAW

225 SOUTH MERAMEC AVE.
SUITE 1200
ST. LOUIS, MISSOURI 63105
(314) 646-0066
FAX (314) 646-0065

WWW.LAW-STL.COM

CHARLES H. BILLINGS
NEIL J. BRUNTRAGER
DANIEL J. BRUNTRAGER
MARY BUTTS BRUNTRAGER*
CHARLES W. BILLINGS
JONATHAN N. BRUNTRAGER
PETER O. BRUNTRAGER*

*ALSO LICENSED IN ILLINOIS

OF COUNSEL
EDWARD C. BRUNTRAGER**
**ALSO LICENSED IN VIRGINIA

RAYMOND A. BRUNTRAGER, SR.
(1924-2014)

RAYMOND A. BRUNTRAGER, JR.
(1946-1979)

PARALEGALS:
RENEE L. PARKS

ADMINISTRATIVE STAFF:
GABRIELLA PATANA
DIANE QUEENSEN

September 9, 2022

Ms. Gwendolyn Carrol
U.S. Attorney's Office
Thomas F. Eagleton Courthouse, 20th Floor
111 South Tenth Street
St. Louis, MO 63102

**Sent via email**

   RE: U.S. vs. Waiel Rebhi Yaghnam
      Case No. 4:20-cr-00418 JAR/NAB

Dear Ms. Carrol,

  Please let this letter memorialize our telephone conversation this afternoon. It is my understanding that Defendant James Timothy Norman, by and through his counsel, has filed a motion asking the court to accept service of process and compel the attendance of my client, Waiel Yaghnam. It is also my understanding that the court has denied this motion, however, the court asked you to reach out to me to ask my client to appear before Judge Ross on this Monday morning, September 12, 2022, at 9:00 a.m. As I indicated to you in our telephone call, no one in Mr. Norman's defense team has reached out to me regarding service of process or Mr. Yaghnam's appearance to testify in this matter. If I had been contacted by either party, I would have notified that party of my client's intention to assert his privileges against self-incrimination and refuse to testify. In light of our telephone call, let me reiterate that this would still be my advice and it is my expectation that my client would follow that advice.

  In the absence of a subpoena or a court order, it is not my intention to appear in court this Monday morning. I mean no disrespect to the court or to the litigants in this matter, however, the position that I am taking is in my client's best interest going forward.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

BRUNTRAGER & BILLINGS, P.C.

By: Neil J. Bruntrager

NJB/gpp